UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LEUNG, an individual, and JANET LEUNG, an individual,<br><br>   Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>   Defendant. | Case No.: 3:23-cv-04721-JCS<br><br>*Assigned for all purposes to the Hon. Magistrate Judge Joseph C. Spero*<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, and the Court continues to retain jurisdiction over this action for ninety (90) days to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATE: April 15, 2024          By: _____
                                   U.S. MAGISTRATE JUDGE
                                   Joseph C. Spero